IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL MOORE,                    )
                                 )
     Plaintiff,                  )
                                 )      CIVIL ACTION NO.
     v.                          )        2:15cv62-MHT
                                 )            (WO)
OFFICER BROOKS and OFFICER       )
(SGT.) TEAL,                     )
                                 )
     Defendants.                 )
```

OPINION AND ORDER

This cause is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for a preliminary injunction be denied. In his motion, the plaintiff sought to be moved from Easterling Correctional Facility to another prison due to alleged harassment and threats by correctional officers in retaliation for plaintiff's lawsuits. There are no objections to the recommendation; in addition, the plaintiff's copy of the recommendation was returned to the clerk's office as undeliverable because the plaintiff is no longer

incarcerated at Easterling.

***

Accordingly, after an independent and de novo review of the record, it is ORDERED that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 9) is adopted.

(2) The plaintiff's motion for preliminary injunction (doc. no. 5) is denied.

DONE, this the 30th day of April, 2015.

                                          /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE