IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL MOORE,                    )
                                 )
     Plaintiff,                  )
                                 )        CIVIL ACTION NO.
     v.                          )          2:15cv62-MHT
                                 )              (WO)
OFFICER BROOKS and OFFICER       )
(SGT.) TEAL,                     )
                                 )
     Defendants.                 )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Samuel Moore, a state inmate, filed this lawsuit complaining that defendant Officer Brooks assaulted him and that, after the assault, defendant Officer Teal refused Moore's request for medical treatment.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Moore's case be dismissed for failure to prosecute and to comply with court orders.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2015.

                                        /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**